**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:

ADA CALDWELL
SSAN: XXX-XX-4202

Case No. 17-31047-DHW
Chapter 13

_____
Debtor(s)

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on April 12, 2017.

2. The debtor(s) §341 Meeting of Creditors was held May 25, 2017.

3. The debtor(s) overall pay record is 100%.

(**X**) The debtor(s)' plan fails to meet the best interest of creditors test as discussed at the 341.

(**X**) Debtor owns real property jointly with her sister. The proeprty is valued at $26,800.00. Debtor's one-half interest is $13,400.00. Debtor has not claimed a homestead exemption and proposes a "pot" of $3,500.00.

(**X**) Debtor was to amend her schedules and plan to disclose a lawsuit and to pledge non exempt proceeds.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this June 19, 2017.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/*Tina J. Hayes*
_____
Tina J. Hayes
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  June 19, 2017.

Copy to: DEBTOR(S)
       RICHARD D SHINBAUM

/s/*Tina J. Hayes*
_____
Tina J. Hayes
Staff Attorney